

# CRUMILLER P.C.

**MEMO ENDORSED**

June 12, 2024

*VIA ECF*
Hon. Nelson S. Roman, United States District Judge
United State District Court
300 Quarropas Street
Courtroom 218
White Plains, NY 10601

RE:   *Lockett v. City of Mount Vernon*, Case No. 7:23-CV-09138 (NSR)

Dear Judge Roman,

This firm represents Plaintiff Shanitra Lockett in the above-referenced employment discrimination and retaliation matter and writes jointly with Defendant pursuant to Judge Reznik's Order to respectfully request an adjournment of the July 12, 2024 conference before Your Honor. The Parties' deadline to complete all discovery is now October 4, 2024, and we seek an adjournment of the status conference before Your Honor to a date after October 4 at the Court's convenience.

Respectfully Submitted,

Hilary J. Orzick

**In light of the extension of the discovery deadlines, the parties' request to adjourn the Status Teleconf. from July 12, 2024 to Oct. 24, 2024 at 10:45 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 11 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 19.**
**Dated: White Plains, NY**
         **July 2, 2024**           SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __07/02/2024__

212.390.8480 / 16 Court St, Ste 2500, Brooklyn, NY 11241 / crumiller.com