**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
SHANITRA LOCKETT,

                              Plaintiff,                23 **CIVIL** 9138 (NSR)

      -against-                                **JUDGMENT**

  CITY OF MOUNT VERNON,

                             Defendant.
--------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 26, 2026, Defendant's motion for summary judgment is GRANTED. The Court again notes that it did not address Plaintiff's claims under Title VII because it deemed these claims withdrawn as Plaintiff did not address them in her opposition. See supra 1 n. 1. Accordingly, the case is closed.

**Dated:** New York, New York

      March 30, 2026

                                   **TAMMI M. HELLWIG**

                                 _____
                                   **Clerk of Court**

              **BY:**

                                   _____
                                   **Deputy Clerk**